**JUDGE CONNER'S TRIAL TERM CALENDAR**

| Trial List | Fact Discovery | Affirmative Expert Reports | Responsive Expert Reports | Supp'l Expert Reports | Dispositive Motions & Supporting Briefs | Motions *in Limine* & Supporting Briefs | Pretrial Memos, *Voir Dire*, & Points for Charge | Final Pretrial Conference | Jury Selection |
|---|---|---|---|---|---|---|---|---|---|
| **2024** | | | | | | | | | |
| January | 5/3/23 | 6/7/23 | 7/5/23 | 7/19/23 | 8/2/23 | 11/1/23 | 12/7/23 | 12/14/23 | 1/2/24 |
| February | 6/7/23 | 7/5/23 | 8/2/23 | 8/16/23 | 9/6/23 | 12/6/23 | 1/11/24 | 1/18/24 | 2/5/24 |
| March | 7/5/23 | 8/2/23 | 9/6/23 | 9/20/23 | 10/4/23 | 1/3/24 | 2/8/24 | 2/15/24 | 3/4/24 |
| April | 8/2/23 | 9/6/23 | 10/4/23 | 10/18/23 | 11/1/23 | 2/7/24 | 3/7/24 | 3/14/24 | 4/1/24 |
| May | 9/6/23 | 10/4/23 | 11/1/23 | 11/15/23 | 12/6/23 | 3/6/24 | 4/11/24 | 4/18/24 | 5/6/24 |
| June | 10/4/23 | 11/1/23 | 12/6/23 | 12/20/23 | 1/3/24 | 4/3/24 | 5/9/24 | 5/16/24 | 6/3/24 |
| July | 11/1/23 | 12/6/23 | 1/3/24 | 1/17/24 | 2/7/24 | 5/1/24 | 6/6/24 | 6/13/24 | 7/1/24 |
| August | 12/6/23 | 1/3/24 | 2/7/24 | 2/21/24 | 3/6/24 | 6/5/24 | 7/11/24 | 7/18/24 | 8/5/24 |
| September | 1/3/24 | 2/7/24 | 3/6/24 | 3/20/24 | 4/3/24 | 7/3/24 | 8/8/24 | 8/15/24 | 9/3/24 |
| October | 2/7/24 | 3/6/24 | 4/3/24 | 4/17/24 | 5/1/24 | 8/7/24 | 9/12/24 | 9/19/24 | 10/7/24 |
| November | 3/6/24 | 4/3/24 | 5/1/24 | 5/15/24 | 6/5/24 | 9/4/24 | 10/10/24 | 10/17/24 | 11/4/24 |
| December | 4/3/24 | 5/1/24 | 6/5/24 | 6/20/24 | 7/3/24 | 10/2/24 | 11/7/24 | 11/14/24 | 12/2/24 |
| **2025** | | | | | | | | | |
| January | 5/1/24 | 6/5/24 | 7/3/24 | 7/17/24 | 8/7/24 | 11/6/24 | 12/12/24 | 12/19/24 | 1/6/25 |
| February | 6/5/24 | 7/3/24 | 8/7/24 | 8/21/24 | 9/4/24 | 12/4/24 | 1/9/25 | 1/16/25 | 2/3/25 |
| March | 7/3/24 | 8/7/24 | 9/4/24 | 9/18/24 | 10/2/24 | 1/2/25 | 2/6/25 | 2/13/25 | 3/3/25 |
| April | 8/7/24 | 9/4/24 | 10/2/24 | 10/16/24 | 11/6/24 | 2/5/25 | 3/13/25 | 3/20/25 | 4/7/25 |
| May | 9/4/24 | 10/2/24 | 11/6/24 | 11/20/24 | 12/4/24 | 3/5/25 | 4/10/25 | 4/17/25 | 5/5/25 |
| June | 10/2/24 | 11/6/24 | 12/4/24 | 12/18/24 | 1/2/25 | 4/2/25 | 5/8/25 | 5/15/25 | 6/2/25 |
| July | 11/6/24 | 12/4/24 | 1/2/25 | 1/16/25 | 2/5/25 | 5/7/25 | 6/13/25 | 6/20/25 | 7/1/25 |
| August | 12/4/24 | 1/2/25 | 2/5/25 | 2/19/25 | 3/5/25 | 6/4/25 | 7/10/25 | 7/17/25 | 8/4/25 |
| September | 1/2/25 | 2/5/25 | 3/5/25 | 3/19/25 | 4/2/25 | 7/2/25 | 8/7/25 | 8/14/25 | 9/2/25 |
| October | 2/5/25 | 3/5/25 | 4/2/25 | 4/16/25 | 5/7/25 | 8/6/25 | 9/11/25 | 9/18/25 | 10/6/25 |
| November | 3/5/25 | 4/2/25 | 5/7/25 | 5/21/25 | 6/4/25 | 9/3/25 | 10/9/25 | 10/16/25 | 11/3/25 |
| December | 4/2/25 | 5/7/25 | 6/4/25 | 6/18/25 | 7/2/25 | 10/1/25 | 11/6/25 | 11/13/25 | 12/1/25 |

| | 2026 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **January** | 5/7/25 | 6/4/25 | 7/2/25 | 7/16/25 | 8/6/25 | 11/6/25 | 12/11/25 | 12/18/25 | 1/5/26 |
| **February** | 6/4/25 | 7/2/25 | 8/6/25 | 8/20/25 | 9/3/25 | 12/4/25 | 1/8/26 | 1/15/26 | 2/2/26 |
| **March** | 7/2/25 | 8/6/25 | 9/3/25 | 9/17/25 | 10/1/25 | 1/2/26 | 2/5/26 | 2/12/26 | 3/2/26 |
| **April** | 8/6/25 | 9/3/25 | 10/1/25 | 10/15/25 | 11/5/25 | 2/5/26 | 3/12/26 | 3/19/26 | 4/6/26 |
| **May** | 9/3/25 | 10/1/25 | 11/5/25 | 11/19/25 | 12/3/25 | 3/5/26 | 4/9/26 | 4/16/26 | 5/4/26 |
| **June** | 10/1/25 | 11/5/25 | 12/3/25 | 12/17/25 | 1/7/26 | 4/2/26 | 5/7/26 | 5/14/26 | 6/1/26 |
| **July** | 11/5/25 | 12/3/25 | 1/7/26 | 1/21/26 | 2/4/26 | 5/7/26 | 6/11/26 | 6/18/26 | 7/6/26 |
| **August** | 12/3/25 | 1/7/26 | 2/4/26 | 2/18/26 | 3/4/26 | 6/4/26 | 7/9/26 | 7/16/26 | 8/3/26 |
| **September** | 1/7/26 | 2/4/26 | 3/4/26 | 3/18/26 | 4/1/26 | 7/2/26 | 8/13/26 | 8/20/26 | 9/8/26 |
| **October** | 2/4/26 | 3/4/26 | 4/1/26 | 4/15/26 | 5/6/26 | 8/6/26 | 9/10/26 | 9/17/26 | 10/5/26 |
| **November** | 3/4/26 | 4/1/26 | 5/6/26 | 5/20/26 | 6/3/26 | 9/3/26 | 10/8/26 | 10/15/26 | 11/2/26 |
| **December** | 4/1/26 | 5/6/26 | 6/3/26 | 6/17/26 | 7/1/26 | 10/1/26 | 11/12/26 | 11/19/26 | 12/7/26 |
| | 2027 | | | | | | | | |
| **January** | 5/6/26 | 6/3/26 | 7/1/26 | 7/15/26 | 8/5/26 | 11/5/26 | 12/10/26 | 12/17/26 | 1/4/27 |
| **February** | 6/3/26 | 7/1/26 | 8/5/26 | 8/19/26 | 9/2/26 | 12/3/26 | 1/7/27 | 1/14/27 | 2/1/27 |
| **March** | 7/1/26 | 8/5/26 | 9/2/26 | 9/16/26 | 10/7/26 | 1/31/27 | 2/4/27 | 2/11/27 | 3/1/27 |
| **April** | 8/5/26 | 9/2/26 | 10/7/26 | 10/21/26 | 11/4/26 | 2/4/27 | 3/11/27 | 3/18/27 | 4/5/27 |
| **May** | 9/2/26 | 10/7/26 | 11/4/26 | 11/18/26 | 12/2/26 | 3/4/27 | 4/8/27 | 4/15/27 | 5/3/27 |
| **June** | 10/7/26 | 11/4/26 | 12/2/26 | 12/16/26 | 1/6/27 | 4/8/27 | 5/13/27 | 5/20/27 | 6/7/27 |
| **July** | 11/4/26 | 12/2/26 | 1/6/27 | 1/20/27 | 2/3/27 | 5/6/27 | 6/10/27 | 6/17/27 | 7/6/27 |
| **August** | 12/2/26 | 1/6/27 | 2/3/27 | 2/17/27 | 3/3/27 | 6/3/27 | 7/8/27 | 7/15/27 | 8/2/27 |
| **September** | 1/6/27 | 2/3/27 | 3/3/27 | 3/17/27 | 4/7/27 | 7/8/27 | 8/12/27 | 8/19/27 | 9/7/27 |
| **October** | 2/3/27 | 3/3/27 | 4/7/27 | 4/21/27 | 5/5/27 | 8/5/27 | 9/9/27 | 9/16/27 | 10/4/27 |
| **November** | 3/3/27 | 4/7/27 | 5/5/27 | 5/19/27 | 6/2/27 | 9/2/27 | 10/7/27 | 10/14/27 | 11/1/27 |
| **December** | 4/7/27 | 5/5/27 | 6/2/27 | 6/16/27 | 7/7/27 | 11/8/27 | 11/12/27 | 11/18/27 | 12/6/27 |