IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VOTER REFERENCE FOUNDATION, LLC,** | ) <br> ) <br> ) |
| Plaintiff, | ) |
| v. | ) **Civil Action: 1:24-CV-00294-CCC** <br> ) |
| **ALBERT SCHMIDT**, in his official capacity as Secretary of the Commonwealth of Pennsylvania, | ) Judge Christopher C. Conner <br> ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

### ORDER GRANTING JOINT MOTION TO AMEND CASE MANAGEMENT ORDER AND LEAVE TO FILE OVERSIZED <u>SUMMARY JUDGMENT BRIEFS</u>

This matter is before the Court on the Parties' Joint Motion to Amend Case Management Order and for Leave to File Oversized Summary Judgment Briefs. The Court, after reviewing the Joint Motion and for good cause shown, **GRANTS** the motion as follows:

1. The April 16, 2024 Case Management Order (ECF No. 26) is amended to allow the Parties to file Dispositive Motions *and* Supporting Briefs by December 6, 2024.

2. Any response in opposition shall be filed on or before January 10, 2025.

3. Any reply shall be filed on or before January 31, 2024.

1

4. The Parties may file supporting and opposing briefs not to exceed 8,000 words, exclusive of any statement of uncontroverted facts or response to the other party's statement of uncontroverted facts.

5. The Parties may file reply briefs not to exceed 5,000 words, exclusive of any response to the other party's statement of additional uncontroverted facts.

**IT IS SO ORDERED.**

Date:   October 28, 2024

                                                           /s/ Christopher C. Conner
                                                     Judge Christopher C. Conner
                                                     United States District Judge