UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VOTER REFERENCE FOUNDATION, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ALBERT SCHMIDT, in his official capacity as Secretary of the Commonwealth, <br><br> Defendant. | CIVIL ACTION NO. 24-CV-294 <br><br> (SAPORITO, J.) |

# ORDER

Before the Court are two motions for leave to file a motion to dismiss pursuant to Rule 12(h)(3) of the Federal Rules of Civil Procedure filed by the defendant. (Doc. 50; Doc. 51). The motions concern the Third Circuit's recent decision in *Public Interest Legal Foundation v. Secretary of the Commonwealth of Pennsylvania*, No. 23-1590, 2025 WL 1242229 (3d Cir. Apr. 29, 2025) addressing the issue of standing. The parties have fully briefed the motions. (Doc. 52; Doc. 53; Doc. 54).

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The defendant's motions for leave to file a motion to dismiss pursuant to Rule 12(h)(3) of the Federal Rules of Civil Procedure (Doc.

50; Doc. 51) are **HELD IN ABEYANCE**;

  2. The defendant shall file a notice of supplemental authority addressing the issue of standing to its motion for summary judgment (Doc. 34) within **seven (7)** days after entry of this Order; and

  3. The plaintiff shall file its response to the defendant's notice of supplemental authority within **seven (7)** days after receipt of the defendant's notice of supplemental authority.

Dated: August 19, 2025    *s/Joseph F. Saporito, Jr.*
              JOSEPH F. SAPORITO, JR.
              United States District Judge