IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

VOTER REFERENCE FOUNDATION, : 
LLC,

                  Plaintiff :   No. 1:24-cv-00294

                         :

          v. :   Judge Saporito

                         :

ALBERT SCHMIDT, in his official :   Electronically Filed Document
capacity, : 

               Defendant : 

SUBSTITUTION OF APPEARANCE

Please substitute my appearance for Deputy Attorney General Erich T. Greiner

on behalf of Defendant Albert Schmidt, in the above-captioned case.

                   Respectfully submitted,

                   DAVID W. SUNDAY, JR.
                   Attorney General

          By:   /s/ Mary Katherine Yarish
                   MARY KATHERINE YARISH
Office of Attorney General       Deputy Attorney General
15th Floor, Strawberry Square    Attorney ID PA #328843
Harrisburg, PA 17120
Phone: (717) 783-6315

                   NICOLE R. DITOMO
                   Chief Deputy Attorney General
myarish@attorneygeneral.gov     Civil Litigation Section

Date:  November 25, 2025       *Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VOTER REFERENCE FOUNDATION, LLC, | : | |
| Plaintiff | : | No. 1:24-cv-00294 |
| | : | |
| v. | : | Judge Saporito |
| | : | |
| ALBERT SCHMIDT, in his official capacity, | : | Electronically Filed Document |
| | : | |
| Defendant | : | |

## CERTIFICATE OF SERVICE

I, Mary Katherine Yarish, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on November 25, 2025, I caused to be served a true and correct copy of the foregoing document titled *Substitution of Appearance* to the following:

VIA ECF

Edward D. Greim, Esq.
Matthew R. Mueller, Esq.
Jackson C. Tyler, Esq.
Graves Garrett Greim LLC
1100 Main Street
Suite 2700
Kansas City, MO 64105
edgreim@gravesgarrett.com
mmueller@gravesgarrett.com
jtyler@gravesgarrett.com
*Counsel for Plaintiff*

Charles O. Beckley, II, Esq.
Beckley & Madden
212 N. Third St.
P.O. Box 11998
Harrisburg, PA 17108-1998
cbeckley@pa.net
*Counsel for Plaintiff*

 s/ Mary Katherine Yarish
MARY KATHERINE YARISH
Deputy Attorney General