UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

VOTER REFERENCE
FOUNDATION, LLC,

     Plaintiff,

     v.

ALBERT SCHMIDT, in his official
capacity as Secretary of the
Commonwealth,

     Defendant.

CIVIL ACTION NO. 24-CV-294

(SAPORITO, J.)

## ORDER

Before the Court are two motions for leave to file a motion to dismiss pursuant to Rule 12(h)(3) of the Federal Rules of Civil Procedure filed by the defendant. (Doc. 50; Doc. 51). The defendant originally filed a motion for leave to file a motion to dismiss on May 14, 2025, (Doc. 50), and later filed an amended motion for leave to file a motion to dismiss that same date. (Doc. 51). On August 19, 2025, we held the defendant's motions in abeyance, ordering the defendant to file a notice of supplemental authority addressing the issue of standing to its motion for summary judgment. (Doc. 57, at 2). We also ordered the plaintiff to file a response to the defendant's notice of supplemental authority. (*Id.*). The

parties filed the requested documents. (Doc. 58; Doc. 61).

Accordingly, upon review of the parties' briefs, **IT IS HEREBY ORDERED THAT**:

1.    The defendant's amended motion for leave to file a motion to dismiss pursuant to Rule 12(h)(3) of the Federal Rules of Civil Procedure Doc. 51) is **GRANTED**;

2.    The defendant's original motion for leave to file a motion to dismiss pursuant to Rule 12(h)(3) of the Federal Rules of Civil Procedure (Doc. 50) is deemed **MOOT**;

3.    The defendant shall file a motion and a brief in support within **seven (7)** days after entry of this Order limited to the issue of standing as to the plaintiff's claims; and

4.    The plaintiff shall file its brief in opposition to the defendant's motion within **seven (7)** days after receipt of the defendant's motion and brief in support. There shall be no further briefing on this issue without leave of court.

Dated: March 16, 2026                    /s/ Joseph F. Saporito, Jr.
                                         JOSEPH F. SAPORITO, JR.
                                         United States District Judge

- 2 -