# Exhibit R

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VOTER REFERENCE FOUNDATION, LLC,** | ) | |
| Plaintiff, | ) | |
| v. | ) | **Case No.: 1:24-CV-00294-JFS** |
| | ) | |
| **ALBERT SCHMIDT**, in his official capacity as Secretary of the Commonwealth of Pennsylvania, Defendant. | ) ) ) ) ) | Judge Joseph F. Saporito, Jr. |

## <u>DECLARATION OF JOSEPH BENSON</u>

I, Joseph Benson, pursuant to 28 U.S.C. § 1746, declare:

1. I am over the age of 18.

2. I am the Executive Director of Voter Reference Foundation, LLC ("VRF").

3. Prior to being named Executive Director, I worked at VRF for approximately four years as the Director of Data Management.

4. Prior to being employed by VRF, I worked in the Arizona Secretary of State's office for more than four years as the lobbying specialist and then the Elections Technology Manager.

5. I have personal knowledge of the facts in this declaration regarding VRF's mission, activities, and goals.

6. As of March 30, 2026, VRF has published the voter rolls for 36 states on its website, VoteRef.com.

7. VRF's goal is to publish the voter rolls in all 50 states.

8. VRF's goal in publishing states' voter rolls is to empower citizens to review the rolls and to contact the responsible election officials if errors are identified.

9. VoteRef.com includes an extensive "How To" page, accessible at https://voteref.com/Content/HowTo, which explains how users are expected to use the site to identify and report potential errors.

10. Independent of posting voter rolls online, VRF's election data analysts have analyzed, and want to continue to analyze, state voter records produced in response to VRF's requests. The goal of that analysis is to understand and evaluate state voter list maintenance and state recordkeeping about that maintenance. Based on its evaluation and analysis of a state's list maintenance and recordkeeping efforts, VRF engages with state election officials to discuss VRF's views on list maintenance, recordkeeping, and how a state can improve both functions. VRF advocates for what it views as best practices with regard to those functions. This advocacy is not possible without obtaining and reviewing the relevant records from each state.

11. Since its inception, VRF continues to expand its programs. VRF now specifically encourages users of VoteRef.com to check their own voter registration information, especially in election years, to ensure that voters are properly registered and that their voter registration information is correct. By providing this service, VRF helps increase voter participation because both (1) by finding their information

to be correct, voters have increased confidence in the system and (2) if a voters' information is incorrect, they can fix it in time to vote.

12. VRF also plans to engage in cross-state analyses to identify voters who are potentially registered in multiple states. VRF plans to make reports regarding these potential duplicate voters to each state to aid in their list maintenance efforts. VRF needs voter records from all 50 states to conduct this analysis. Even one state refusing to produce their voter rolls hinders this goal. VRF cannot currently conduct this analysis for Pennsylvania because it does not have current Pennsylvania records.

13. VRF's efforts aim to increase voter participation by (1) fostering confidence in the system, (2) encouraging citizen engagement with the voter roll maintenance process, (3) encouraging VoteRef.com users to report errors, and (4) encouraging VoteRef.com users to make sure they are properly registered to ensure they are able to vote.

14. VRF would engage in the aforementioned activities in Pennsylvania if it was able to obtain and publish Pennsylvania's voter roll.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _03 · 30 · 2026_____.

Joseph Benson

3