# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

VOTER REFERENCE
FOUNDATION, LLC,

      Plaintiff,

      v.

ALBERT SCHMIDT, in his official
capacity as Secretary of the
Commonwealth,

      Defendant.

CIVIL ACTION NO. 24-CV-294

(SAPORITO, J.)

## ORDER

AND NOW, this 23rd day of April, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1.    The Secretary's motion for summary judgment (Doc. 37) is **GRANTED** in its entirety;

2.    VRF's motion for summary judgment (Doc. 34) is **DENIED**;

3.    The Secretary's motion to dismiss for lack of jurisdiction (Doc. 65) is deemed **MOOT**; and

4.    The Clerk of Court shall enter judgment in favor of the Secretary on all claims and close this case.

- 2 -

Dated: April 23, 2026                    *s/Joseph F. Saporito, Jr.*
                                         JOSEPH F. SAPORITO, JR.
                                         United States District Judge